**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**COLUMBIA MUTUAL INSURANCE COMPANY**                                                          **PLAINTIFF**

v.                                              4:05CV01118-WRW

**PERFECTING NEW LIFE LEARNING CENTER a/k/a
PERFECTING CHRISTIAN DAYCARE; DONNA HARRIS;
KAREN PHILLIPS; BETTY SANDERS; GRACE ALLEN
CHARLENE JACKSON; DEITRA JONES; CHARLIA
ROBINSON; LORETTA CAROLINA; OFFICERS AND
DIRECTORS OF PERFECTING NEW LIFE LEARNING
CENTER, KEVIN D. ALLEN, SR., CAROLYN ALLEN, AND
TERRANCE WILSON; OFFICERS AND DIRECTORS OF
PERFECTING NEW LIFE GOSPEL BAPTIST CHURCH a/k/a
PERFECTING NEW LIFE COMMUNITY DEVELOPMENT,
KEVIN ALLEN, CAROLYN ALLEN, JANICE WILSON,
CEDRIC MARKS, AND HENRY JOHNSON; JOHN DOE I,
JOHN DOE 11, AND JOHN DOE 111**                                                                **DEFENDANTS**

**ORDER**

Pending is Plaintiff's Motion for Default Judgment against Defendants Charlene Jackson, Charlia Robinson, Loretta Carolina, and Terrance Wilson (Doc. No. 47). By Order[1] entered on February 14, 2006, Columbia was allowed to serve Charlene Jackson ("Jackson"), Loretta Carolina ("Carolina"), Charlia Robinson ("Robinson"), Karen Phillips ("Phillips") and Terrance Wilson ("Wilson") by warning order.[2] Defense counsel entered a Notice of Appearance[3] for Karen Phillips on March 3, 2003. Because Jackson, Carolina, Robinson, and Wilson have not been located,

---

[1] Doc. No. 35.

[2] The Federal Rules of Civil Procedure do not provide for warning order; therefore, it is necessary to review Rule 4(f) of the Arkansas Rules of Civil Procedure for the requirements.

[3] Doc. No. 38.

Columbia seeks a default judgment against them.[4]

Default judgments are not favored and should be used sparingly.[5]  Accordingly, Plaintiff's Motion for Default Judgment is DENIED without prejudice.  Plaintiff may re-file the motion if the answering defendants are found liable.

IT IS SO ORDERED this 18th day of September, 2006.

/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE

---

[4] Doc. No. 47.

[5] *Comiskey v. JFTJ Corp.*, 989 F.2d 1007, 1009 (8th Cir. 1993).