# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

| | |
|---|---|
| COLUMBIA MUTUAL INSURANCE COMPANY | PLAINTIFF |
| vs.   NO. 4:05CV01118 GTE | |
| PERFECTING NEW LIFE FULL GOSPEL BAPTIST CHURCH, ET AL | DEFENDANT |
| PERFECTING NEW LIFE FULL GOSPEL BAPTIST CHURCH | PLAINTIFF |
| vs.   NO. 4:05CV00495 GTE | |
| COLUMBIA MUTUAL INSURANCE COMPANY | DEFENDANT |

## ORDER OF DISMISSAL

Pending before the Court are the Motions to Dismiss advising the Court that this action has been settled and requesting dismissal with prejudice.

IT IS THEREFORE, BY THE COURT, CONSIDERED, ORDERED AND ADJUDGED that this case be, and it is hereby, dismissed with prejudice.

SO ORDERED this 23rd day of June, 2009.

　　　　　　　　　　　　　　　　　　　　　__/s/Garnett Thomas Eisele_____
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE